IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY HUGHLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:15cv126-MHT |
| | ) | (WO) |
| LEE COUNTY, ALABAMA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT

Upon an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The recommendations of the United States Magistrate Judge (doc. nos. 6 and 9) are adopted.

(2) Plaintiff's objection (doc. no. 10) is overruled.

(3) To the extent plaintiff brings claims for damages against defendant Luther Strange in his

official capacity, those claims are dismissed with prejudice.

(4) To the extent plaintiff seeks damages from defendant Eric Holder in his official capacity, those claims are dismissed with prejudice.

(5) To the extent plaintiff seeks damages against defendants Holder and Strange in their individual capacities, and against Lee County and Chambers County, plaintiff's claims are dismissed without prejudice.

(6) Plaintiff's claims against attorney John Tinney are dismissed without prejudice.

(7) Defendant Tinney's motion to dismiss (doc. no. 3) is denied as moot.

(8) This action is referred back to the magistrate judge for further proceedings.

DONE, this the 8th day of May, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE