IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY HUGHLEY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:15cv126-MHT |
| | ) | (WO) |
| LEE COUNTY, ALABAMA, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that the defendants -- his former attorney and a number of government officials and entities -- violated his constitutional rights in a variety of ways, such as by denying him effective assistance of counsel and wrongfully placing him on and failing to remove him from the sex-offender registry. This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that plaintiff's out-of-time motion for leave to amend

his complaint be denied and that his case be dismissed. Plaintiff has filed objections to the recommendations. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendations adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of July, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE