IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

JOHNNY HUGHLEY,            )
                           )
    Plaintiff,             )
                           )
                           )    CIVIL ACTION NO.
    v.                     )       3:15cv126-MHT
                           )          (WO)
LEE COUNTY, ALABAMA,       )
et al.,                    )
                           )
    Defendants.            )

JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 18) are overruled.

(2) The United States Magistrate Judge's recommendations (doc. nos. 13 and 15) are adopted.

(3) Plaintiff's motion for out-of-time leave to amend (doc. no. 14) is denied.

(4) This lawsuit is dismissed in its entirety.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of July, 2015.

                 /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE