IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |  | |
|---|---|---|---|
| JOHNNY HUGHLEY, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | CIVIL ACTION NO. | |
| v. | ) | 3:15cv126-MHT | |
| | ) | (WO) | |
| LEE COUNTY, ALABAMA, | ) | | |
| et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

OPINION AND ORDER

In 2015, pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that the defendants -- his former attorney and a number of government officials and entities -- violated his constitutional rights in a variety of ways, such as by denying him effective assistance of counsel and wrongfully placing him on and failing to remove him from the sex-offender registry. The case was dismissed later that same year.

In 2024, Hughley filed a series of motions attempting to reopen the case, amend the complaint, and

enforce a settlement entered in a separate case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the motions be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is ORDERED that:

(1) The United States Magistrate Judge's recommendation (Doc. 27) is adopted.

(2) The following motions are denied.

- "Plaintiff's Nunc Pro Tunc Motion to Reopen Case Fraud Committed on the Court Itself by Affidavit of John Tinney, Rule 60(b)(3) & (6)" (Doc. 21);

- "Nunc Pro Tunc Motion to Reopen the Case Because John Tinney Committed Fraud to Obtain Favorable Ruling Rule 60(b)(3)(6)" (Doc. 22);

- "Motion to Amend Nunc Pro Tunc Motion" (Doc. 23);

- "Motion to Enforce Settlement" (Doc. 24);

- "Plaintiff's Amendment to Motion to Enforce Settlement Agreement" (Doc. 25); and

- "Plaintiff's Motion to Amend" (Doc. 26).

This case remains closed.

DONE, this the 28th day of June, 2024.

                             /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE